UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Scott Hargis , | Case No. 25-cv-02454-LB |
|---|---|
| Plaintiff, | |
| v. | MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER |
| Pearson Properties, Inc. et al , | |
| Defendant. | |

On behalf of (party name) Maria Napoli Eberle , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

    Gordon E. Gray; Karen Hawkes - Hawkes Law, APLC

Name(s) of counsel withdrawing from representation and firm name:

    R. Ernest Montanari, Trevor B. Collins - Collins + Collins LLP

Date: April 21, 2025

[~~PROPOSED~~] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 28, 2025

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the same on the parties.

Date: <u>April 24, 2025</u>

                                           <u>/s/ Gordon E. Gray</u>
                                           Gordon E. Gray
                                           Email: gordon@hawkestrademarklaw.com